CITY OF SPRINGVILLE, RESPONDENT, v. JAMES HOLLEY, APPELLANT.

WATERS.—DECREE.—UNCERTAINTY.—This case reversed on account of the reasons stated in *Smith* v. *Phillips ante* p. 376.

APPEAL from a decree of the district court of the fifth district.    The opinion states the facts.

*Messrs. Booth and Wilson* and *Mr J. G. Sutherland* for the appellant.

*Messrs. Thurman and King* for the respondent.

HENDERSON, J.

The opinion of the court just handed down in the case of *Smith* v. *Phillips, ante* p. 376, is decisive of this case; and for the reason set forth in that opinion the judgment and decree of the district court in this cause should be reversed, and the cause remanded.

ZANE, C. J., and BLACKBURN, J., and ANDERSON, J. concurred.